**No. 42036.**—Petition 5775-R of Polk Musical·Supply Co., Inc. (Savannah).

Opinion by KINCHELOE, J. It appeared that the petition was filed more than 60 days after liquidation. It was therefore dismissed.